DAVID L. SKELTON, TRUSTEE #96250
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 (Phone)
(619) 239-5242 (Fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

In Re:

GRACIELA TORRES ALVAREZ

763 JACUMBA ST.
SAN DIEGO, CA 92114

Debtor.

Chapter 13

Bankruptcy Case No. 18-01710-MM13

UNDISTRIBUTED FUNDS

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CLOSED

EXPLANATION OF SOURCES: STALE DATED DEBTOR REFUND CHECK.

NAME OF PAYEE ON UNCLAIMED CHECK:

GRACIELA TORRES ALVAREZ
763 JACUMBA ST.
SAN DIEGO, CA 92114

AMOUNT: $1,659.20

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtor, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [X]DEBTOR   [X]ATTORNEY   [ ]PAYEE

DATED: July 29, 2019

Anna Sebastian
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

JASON E TURNER #160590
J TURNER LAW GROUP APC
2563 MAST WAY, SUITE 202
CHULA VISTA, CA 91914